IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN MAUS,

                        Plaintiff,

v.                                                              OPINION and ORDER

BRIANE PAGEL,                                               25-mc-7-jdp

                       Defendant.

---

     Plaintiff Brian Maus has filed this action seeking to appeal the dismissal of a state-court malpractice case he brought against a lawyer who represented him in a civil rights action in the United States District Court for the Eastern District of Wisconsin. *See Maus v. Pagel*, No. 2023AP791, 2024 WL 4164488, at *1 (Wis. Ct. App. Sept. 12, 2024), *review denied*, 2025 WI 16; *Maus v. Lade*, No. 17-cv-65 (E.D. Wis.). Maus has filed documents titled "Notice of Appeal" and "Mandamus of Law in Support." Dkt. 1 and Dkt. 2. The clerk of court docketed Maus's submissions under this case number for miscellaneous filings. I will dismiss this case because this federal court cannot grant Maus the relief he seeks; I cannot undertake appellate review of state-court cases. *Rooker v. Fid. Tr. Co.*, 263 U.S. 413, 415-16 (1923); *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 482–83 (1983)).

ORDER

     IT IS ORDERED that:

     1.  This case is DISMISSED.

2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered August 14, 2025.

> BY THE COURT:
>
> /s/
>
> _____
> JAMES D. PETERSON
> District Judge